UNITED STATES of America, Plaintiff–Appellee,

v.

Nathan Wane HERRINGTON, Defendant–Appellant.

No. 07–10057.

United States Court of Appeals, Ninth Circuit.

Submitted Sept. 8, 2008.*

Filed Sept. 23, 2008.

Christina Brown, Esq., Office of the U.S. Attorney, Las Vegas, NV, for Plaintiff–Appellee.

Arthur L. Allen, Esq., Federal Public Defender's Office, Las Vegas, NV, for Defendant–Appellant.

Before: TASHIMA, SILVERMAN and N.R. SMITH, Circuit Judges.

MEMORANDUM **

Nathan Wane Herrington appeals from the 168–month sentence imposed following his guilty-plea conviction for four counts of bank robbery, in violation of 18 U.S.C. § 2113(a). We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Herrington contends that the district court erred by treating the Sentencing Guidelines as presumptively reasonable and by affording them more weight than the other sentencing factors under 18 U.S.C. § 3553(a). We conclude that the district court did not commit procedural error and that the sentence is substantively reasonable. *See Gall v. United States,* — U.S. ——, 128 S.Ct. 586, 597, 169 L.Ed.2d 445 (2007); *see also United States v. Carty,* 520 F.3d 984, 995–96 (9th Cir. 2008) (en banc).

**AFFIRMED.**

---

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.